UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6999

ANTHONY GRANDISON,

Petitioner - Appellant,

versus

UNITED STATES PAROLE COMMISSION,

Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Alexander Williams, Jr., District Judge. (CA-04-3814-AW)

Submitted:  March 8, 2006                 Decided:  March 23, 2006

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Grandison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Grandison, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Grandison v. United States Parole Comm'n</u>, No. CA-04-3814-AW (D. Md. May 11, 18, & 25, 2005). We deny the motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>